# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 30, 2012 |
| Court Reporter: Janet Coppock | Time: one hour and 25 minutes |
| Probation Officer: Michelle Means | Interpreter: n/a |

**CASE NO. 11-CR-00447-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kenneth Harmon |
| | Richard Zoeter |
| | Special Agent Peter Hunkar |
| | Special Agent Charles Chisolm |
| Plaintiff, | |
| vs. | |
| **ROBERT PHILLIP COX,** | Edward Harris |
| Defendant. | |

## SENTENCING

**9:15 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00447-PAB
November 30, 2012

Mr. Harris moves to strike the Government's Sentencing Statement and argues in support.

Argument by Mr. Harmon.

Court states its findings.

**ORDERED:** Defendant's Oral Motion to Strike the Government's Sentencing Statement is **DENIED.**

Argument by Mr. Harris in support of Defendant's Motion for Non-Guideline Sentence (Downward Variance) and comments addressing sentencing.

Argument by Mr. Harmon and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (Downward Variance) (Doc #26) is **GRANTED.**

Defendant entered his plea on **June 12, 2012** to count **3 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **time served.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of Supervised Release that:
(**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

Page Three
11-CR-00447-PAB
November 30, 2012

      (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

      (**X**)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

      (**X**)    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

      (**X**)    Any employment for the defendant shall be approved in advance by the supervising probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
|---|---|
| Centennial Bank<br>13700 East Arapahoe Road<br>Centennial, CO 80112 | $527,066.84 |
| Travelers Insurance<br>Flood & Peterson Insurance, Inc.<br>Claim No. 037-FC-V0N1002001-RG<br>Bond No. 0483BD0022<br>P.O. Box 578<br>Greeley, CO 80632 | $150,433.68 |
| Citywide Bank<br>10660 East Colfax Avenue<br>Aurora, CO 80010 | $573,128.77 |
| Compass Bank<br>15 South 20th Street<br>Birmingham, AL 35233 | $176,380.69 |

Page Four
11-CR-00447-PAB
November 30, 2012

      Zurich North America                               $206,765.30
      Surety and Financial Claims
      334 East Lake Road, #136
      Palm Harbor, FL 34685
      Claim No. 638 0031253

      Kirkpatrick Bank                                    $29,774.51
      15 E 15th St
      Edmond, OK 73013

      Vectra Bank Colorado NA                        $312,281.20
      Regional Security Officer
      7800 E. Dorado Place, Suite 100
      Greenwood Village, CO 80111

**ORDERED:** Each victim receive an approximately proportional payment based on the victim's share of the total loss.

**ORDERED:** Payments made by the defendant toward the judgment agreed upon by the defendant and BOHICA creditors as part of filings in United States Bankruptcy Court, District of Colorado, Case No. 03-21350ABC, shall be credited toward his restitution obligation.

**ORDERED:** Court finds that the defendant does not have the ability to pay interest and that the Court waive the interest requirement for the restitution.

**ORDERED:** The defendant shall meet with the probation officer to develop a plan for the payment of restitution. This plan will be based upon the defendant's income and expenses. The plan will be forwarded to the Court for review and approval.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**10:40 a.m.**  **COURT IN RECESS**

Page Five
11-CR-00447-PAB
November 30, 2012

**Total in court time:     85 minutes**

**Hearing concluded**